UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO: 1:22-cv-524-RLY-MG |
| | ) |
| BOARD OF TRUSTEES OF | ) |
| INDIANA UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

### ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

This matter comes before the Court on the Agreed Motion For Extension Of Time To File Responsive Pleading. The Court, having considered the Motion and being duly advised, now determines that the Motion shall be GRANTED. Defendant's response to Plaintiff's Complaint is due on or before **April 27, 2022**.

Date: 4/25/2022

_____
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:
To ECF Counsel of Record