UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-00524-RLY-MG |
| | ) | |
| BOARD OF TRUSTEES OF INDIANA UNIVERSITY, | ) ) | |
| | ) | |
| Defendant. | ) | |

**MINUTE ENTRY FOR AUGUST 18, 2022**
**STATUS CONFERENCE**
**HON. MARIO GARCIA, MAGISTRATE JUDGE**

Parties appeared by counsel for a Telephonic Status Conference.

This matter is scheduled for a telephonic status conference on **Tuesday, November 1, 2022, at 9:00 a.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 8/18/2022

*Mario Garcia*
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

**Distribution via ECF to all counsel of record.**