UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) CAUSE NO: 1:22-cv-00524-RLY-MG |
| | ) |
| BOARD OF TRUSTEES OF | ) |
| INDIANA UNIVERSITY, | ) |
| | ) |
|     **Defendant.** | ) |

**PLAINTIFF'S STATEMENT OF CLAIMS**

Plaintiff, John Doe, by counsel, and in accordance with the Case Management Plan previously approved by the Court, hereby provides a statement of claims he intends to pursue at trial:

1. Plaintiff brings this action against the Defendant alleging sex discrimination under Title IX of the Education Amendments of 1972, 20 U.S.C. §§1681-1688.

2. Plaintiff brings this action against the Defendant under 42 U.S.C. § 1983, alleging violations of his right to due process under the 14th Amendment to the United States Constitution.

Respectfully submitted,

*/s/ Natalie R. Dickey*
Natalie R. Dickey (25294-41)
JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, Indiana  46204
Telephone:   (317)955-9500
Facsimile:   (317)955-2570
Email:   ndickey@jhaskinlaw.com

## **CERTIFICATE OF SERVICE**

      I certify that on December 9th , 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


Janica Pierce Tucker
jpierce@taftlaw.com

Reid Dickerson
rdickerson@taftlaw.com

                                            */s/ Natalie R. Dickey*
                                            Natalie R. Dickey (25294-41)
                                            JOHN H. HASKIN & ASSOCIATES
                                            255 North Alabama Street, 2nd Floor
                                            Indianapolis, IN 46204
                                            Tel:    317-955-9500
                                            Fax:    317-955-2570
                                            Email: ndickey@jhaskinlaw.com