UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-00524-RLY-MG |
| | ) | |
| BOARD OF TRUSTEES OF INDIANA UNIVERSITY, | ) ) | |
| | ) | |
| Defendant. | ) | |

**MINUTE ENTRY FOR APRIL 20, 2023
SETTLEMENT CONFERENCE
HON. MARIO GARCIA, MAGISTRATE JUDGE**

The parties appeared in person and by counsel for a settlement conference. Plaintiff to consider the parties settlement proposal and report back to the Court by **5 p.m. on Monday April 24, 2023**. Counsel should be promptly confer on any remaining edits to the settlement agreement.

Date: 4/24/2023

                                                  Mario Garcia
                                                  United States Magistrate Judge
                                                  Southern District of Indiana

**Distribution via ECF to all counsel of record.**