UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-00524-RLY-MG |
| ) | |
| BOARD OF TRUSTEES OF ) | |
| INDIANA UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

ORDER GRANTING JOINT MOTION
TO RESET CERTAIN CASE MANAGEMENT DEADLINES

The Parties, having jointly moved to reset certain case management deadlines, and the Court, having reviewed said Motion and being duly advised in the premises, deems that it is meritorious and should be granted. The Case Management Plan is hereby amended to reflect the following deadlines:

- Plaintiff expert witness disclosures – October 3, 2023
- Defendant expert witness disclosures – November 3, 2023
- Dispositive motions – October 3, 2023
- Non-expert witness and liability discovery – October 2, 2023
- Expert witness and damages discovery – February 14, 2024
- All remaining discovery – March 15, 2024

The trial will be reset by separate order.

Date: 5/24/2023

_____
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution: All counsel of record