# EXHIBIT fi

# Filed Under Seal