UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-00524-RLY-MG |
| | ) |
| BOARD OF TRUSTEES OF INDIANA UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter comes upon Defendant's Brief/Memorandum in Support of its Order on Motion to File Exhibits Under Seal, [Filing No. 67], and Plaintiff's Position as to the Unsealing of Documents, [Filing No. 68].

The Court, being advised in the premises, DIRECTS the Clerk to permanently maintain Exhibits A-O, [52], under seal. The Order to Show Cause, [62], is hereby DISSOLVED.

Date: 11/3/2023

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:
To ECF Counsel of Record