UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:22-cv-00524-RLY-MG |
| ) | |
| BOARD OF TRUSTEES OF INDIANA ) | |
| UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

**MINUTE ENTRY FOR NOVEMBER 3, 2023**
**STATUS CONFERENCE**
**HON. MARIO GARCIA, MAGISTRATE JUDGE**

Parties appeared by counsel for a Telephonic Status Conference. Defendant's oral motion to withdraw pending Motion for Summary Judgment is **granted** and Dkts. 50, 51, 52, and 54 are **withdrawn** without prejudice. Defendant to refile any dispositive motion by **December 8, 2023**.

This matter is scheduled for a telephonic status conference on **Thursday, February 22, 2024 at 2:30 p.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 11/6/2023

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

**Distribution via ECF to all counsel of record.**