UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-00524-RLY-MG |
| | ) |
| BOARD OF TRUSTEES OF INDIANA UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

**Entry on Telephonic Status Conference of May 6, 2023**

**Before the Honorable Richard L. Young, Judge**

Parties appear telephonically, Plaintiff by Annemarie Alonso and Defendant by Janica Tucker and Adam Mills, for a telephonic conference.

The parties discussed whether Plaintiff may proceed anonymously in this action in light of the Seventh Circuit's recent opinion in *Doe v. Trustees of Indiana University*, No. 22-1576, 2024 WL 1824967 (7th Cir. Apr. 26, 2024).  Plaintiff shall notify the court in writing on or before **May 16, 2024**, whether Plaintiff intends to reveal his name or dismiss the suit.

Due to a scheduling conflict and without objection from the parties, the court VACATES the trial setting of June 25, 2024, as well as the final pretrial setting of June 4, 2024.  The matter is RESET for final pretrial on **AUGUST 13, 2024 at 2:30 p.m.** (Eastern) and jury trial on **SEPTEMBER 10, 2024, at 9:00 a.m. in Room 349**. The court allots 4 days for this trial.

Distributed Electronically to Registered Counsel of Record