UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-00524-RLY-MG |
| ) | |
| BOARD OF TRUSTEES OF ) | |
| INDIANA UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S NOTICE TO THE COURT**

Comes now, the Plaintiff, and pursuant to Dkt. 92, hereby notifies the Court that John Doe will pursue his case and reveal his name. Plaintiff will re-file his Amended Complaint with his name by leave of the Court.

Respectfully submitted,

s/*Annemarie Alonso*
Annemarie Alonso, annie@sllawfirm.com
Jonathan Little, jon@sllawfirm.com
SAEED & LITTLE, LLP
#189 – 133 W Market St
Indianapolis, IN 46204
(317) 721-9214

CERTIFICATE OF SERVICE

I certify that the foregoing was filed using the Court's CM/ECF system on the date electronically stamped in the header. Contemporaneous service was made on all counsel of record by operation of the same.

1

                                                               <u>s/ *Annemarie Alonso*</u>
                                                               Annemarie Alonso