UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-00524-RLY-MG |
| | ) | |
| BOARD OF TRUSTEES OF INDIANA UNIVERSITY, | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON PLAINTIFF'S NOTICE**

Plaintiff John Doe has indicated that he intends to reveal his name in order to proceed with this action and "will re-file his Amended Complaint with his name by leave of the Court." (Filing No. 93). Plaintiff is **ORDERED** to file an amended complaint with his real name by **May 24, 2024**. This shall not affect Defendant's pending motion for summary judgment. (*See* Filing No. 74).

**IT IS SO ORDERED** this 17th day of May 2024.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsels of Record.