UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:22-cv-00524-RLY-MG |
| | ) |
| BOARD OF TRUSTEES OF | ) |
| INDIANA UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO SUBSTITUTE PARTY NAME FROM JOHN DOE TO ALEC ERNY**

Comes now, the Plaintiff, by counsel, and hereby requests that the Court grant the Plaintiff's Motion to Substitute a Party Name, pursuant to Dkt. 94, to Alec Erny. In support of this Motion, the Plaintiff states the following:

1. Currently the Plaintiff is named as John Doe, and was able to proceed as such until May 17, 2024.

2. For filing purposes, Plaintiff believes that filing this Motion to Substitute Party Name appears to be the appropriate vehicle to change his name from John Doe to Alec Erny in the filing system.

3. The Plaintiff also files his Renewed Amended Complaint with his name Alec Erny contemporaneously with this filing.

WHEREFORE, the Plaintiff, by counsel, respectfully requests that his name be changed in the electronic filing system to Alec Erny in lieu of John Doe and for all other just and proper relief in the premises.

Respectfully submitted,

s/ *Annemarie Alonso*
Annemarie Alonso, annie@sllawfirm.com
Jonathan Little, jon@sllawfirm.com

SAEED & LITTLE, LLP
#189 – 133 W Market St
Indianapolis, IN 46204
(317) 721-9214

CERTIFICATE OF SERVICE

I certify that the foregoing was filed using the Court's CM/ECF system on the date electronically stamped in the header. Contemporaneous service was made on all counsel of record by operation of the same.

s/ *Annemarie Alonso*
Annemarie Alonso