UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALEC ERNY, | ) |
|       Plaintiff, | ) ) ) |
| v. | )    CASE NO: 1:22-cv-524 |
| BOARD OF TRUSTEES OF INDIANA UNIVERSITY, | ) ) ) ) |
| Defendant. | ) ) |

## MOTION TO CONTINUE REMAINING DEADLINES

Defendant, Board of Trustees of Indiana University, respectfully moves the Court to continue all remaining deadlines, including those pursuant to Section VIII in the Case Management Plan[1] [Dkt. 21], the final pre-trial conference scheduled for August 13, 2024, and the jury trial scheduled to commence on September 10, 2024. In support of this Motion, Defendant states as follows:

1. This matter is set for a Final Pre-Trial Conference on August 13, 2024 beginning at 2:30 p.m. This matter is further set for a Jury Trial, beginning on September 10, 2024. [Dkt. 92].

2. On June 3, 2024, Defendant's Motion for Summary Judgment was granted in part with respect to Alec Erny's (Plaintiff) Fourteenth Amendment claim under 42

---

[1] Certain deadlines in the Case Management Plan were amended in May 2023 [Dkt. 44], and the trial was reset once in May 2023 [Dkt. 45] and again in May 2024 [Dkt. 92]. However, and in further support of this Motion, counsel notes it appears the final witness and exhibit deadline was neither reset nor has either party filed said lists as outlined in Section III.I. [Dkt. 21].

1

U.S.C. § 1983 claim but denied in part with respect to Plaintiff's Title IX claim. [Dkt. 98].

3. On June 27, 2024, counsel for Defendant and Plaintiff appeared for a Telephonic Status Conference with the Court during which the Parties confirmed their readiness for trial and were encouraged by this Court to continue settlement discussions. [Dkt. 101].

4. Since that date, Defendant has continued to evaluate the Order on Defendant's Motion for Summary Judgment. Counsel believes it is necessary to collect additional information to adequately defend against Plaintiff's theory that certain university data shows a pattern of gender-based punishment in sexual misconduct cases—a fact relied upon, in part, by the Court in denying Defendant's Motion for Summary Judgment on Plaintiff's Title IX claim. [Dkt. 98].

5. In addition, since the June 2024 Status Conference, Defendant and Plaintiff have engaged in active negotiations towards a settlement, to-wit:

    a. Plaintiff submitted a settlement demand to Defendant on July 9, 2024;

    b. Defendant submitted a response to Plaintiff's updated settlement demand on July 24, 2024;

    c. On July 30, 2024, Plaintiff rejected Plaintiff's response.

6. Accordingly, the Parties have yet to agree to settlement terms and finalize the same.

7. Prior to filing this Motion, counsel for Defendant conferred with Plaintiff's counsel regarding a position on this request, and Plaintiff's counsel opposed this Motion.

2

8. For the reasons set forth above, counsel contends a 45-day continuance is not only necessary for purposes of a trial defense but also serves in the interests of judicial efficiency and conservation of judicial resources for purposes of completing pretrial disclosure requirements and reaching a potential settlement agreement.

**WHEREFORE**, Defendant, by counsel, respectfully requests the Court to grant this Motion to Continue and provide all other relief just and proper under the circumstances.

Respectfully submitted,

TAFT STETTINIUS & HOLLISTER LLP

*/s/ Adam K. Mills*
Janica Pierce Tucker
(Ohio Atty. No. 0075074)
41 S. High Street, Suite 1800
Columbus, OH  43215
Telephone:  614-221-2838
Facsimile:  614-221-2007
Email:  jpierce@taftlaw.com

Adam K. Mills (#34347-49)
One Indiana Square, Suite 3500
Indianapolis, IN  46204-2023
Telephone:  317-713-3500
Facsimile:  317-713-3699
Email:  amills@taftlaw.com

*Counsel for Defendant Board of Trustees of Indiana University*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2024 this document was filed using the court's CM/ECF system, which will send electronic notification of the filing to all counsel of record.

/s/ *Adam K. Mills*