UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ALEC ERNY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-00524-RLY-MG |
| | ) | |
| BOARD OF TRUSTEES OF INDIANA UNIVERSITY, | ) ) | |
| | ) | |
| Defendant. | ) | |

**MINUTE ORDER**

**Telephonic Status Conference of August 2, 2024**

**Before the Honorable Richard L. Young, Judge**

The parties appeared telephonically, Plaintiff by Johnathan Little and Defendant by Janica Tucker and Adam Mills, for a telephonic conference.

The court **orally DENIED** Defendant's Motion to Continue Remaining Deadlines (Filing No. 102).  The final pre-trial conference scheduled for August 13, 2024, and the jury trial scheduled to commence on September 10, 2024, will proceed as scheduled.  The deadlines in the Case Management Plan for pretrial filings remain in place.  Defendant may file final witness and exhibit lists, proposed jury instructions, and proposed voir dire **on or before Monday, August 5, 2024**.

The court **orally GRANTED** Plaintiff's Motion for Just Orders (Filing No. 108) to the extent that Plaintiff may submit documentation of fees and costs incurred as a result

of Defendant's failure to comply with pretrial filing deadlines on or before the final pretrial conference scheduled on **August 13, 2024**.

**IT IS SO ORDERED** this 5th day of August 2024.

                                                        RICHARD L. YOUNG, JUDGE
                                                        United States District Court
                                                        Southern District of Indiana

Distributed Electronically to Registered Counsels of Record.