UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALEC ERNY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-00524-RLY-MG |
| | ) |
| BOARD OF TRUSTEES OF INDIANA UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

**ENTRY ON FINAL PRETRIAL CONFERENCE OF AUGUST 13, 2024**

**RICHARD L. YOUNG, JUDGE**

The parties appeared telephonically for a final pretrial conference, as this matter is set for a jury trial on **Tuesday, September 10, 2024**. Plaintiff appeared by Annemarie Alonso, and Defendant appeared by Janica Tucker.

Trial procedures and pending matters were discussed. This Entry memorializes the court's oral rulings on various motions and objections raised by the parties.

1. Plaintiff's Motion *in Limine* (Filing No. 107) is **GRANTED**.

2. Plaintiff's Objection to Defendant's Witness and Exhibit List (Filing No. 117) is **SUSTAINED in part**.

    a. Plaintiff's objection to witness Roy Graham is **SUSTAINED**.

    b. Plaintiff's objection to Defendant's Exhibit 2 (Plaintiff's Responses to Defendant's Request for Production of Documents) is **SUSTAINED**.

    c.    Plaintiff's objection to the redactions in Defendant's Exhibit 9 (Plaintiff Appeal) and Exhibit 11 (Appeal Outcome Letter) is **SUSTAINED**. Defendant shall provide a clean copy (without redactions) of these exhibits for trial.

3. The parties are advised to **MEET and CONFER** regarding their other objections to trial exhibits.

4. Plaintiff's Objection to Defendant's Proposed Jury Instructions (Filing No. 116) is **UNDER ADVISEMENT**.

Additionally, the parties are encouraged to confer and submit a joint statement of the case on or before **Friday, September 6, 2024**. The joint statement should be submitted **by email** to Tina_Doyle@insd.uscourts.gov.

**IT IS SO ORDERED** this 13th day of August 2024.

                                                    RICHARD L. YOUNG, JUDGE
                                                  United States District Court
                                                  Southern District of Indiana

Distributed Electronically to Registered Counsels of Record.