UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ALEC ERNY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-00524-RLY-MG |
| | ) | |
| BOARD OF TRUSTEES OF INDIANA UNIVERSITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION TO PERMIT REMOTE TESTIMONY**

This matter is set for trial beginning September 10, 2024.  Defendant, the Trustees

of Indiana University, now moves the court to permit two witnesses—Jacklyn

Stelmaszczyk and Simone Cardosa—to testify remotely at trial.  (Filing No. 122).

In support of its motion, Defendant argues remote testimony is justified because

Stelmaszczyk and Cardosa live out of state (in Maryland and Colorado) and will avoid

"undue expense and inconvenience" if permitted to testify remotely at trial next week.

(*Id.* at 2).  Plaintiff Alec Erny has no objection to these witnesses testifying remotely.

(*Id.*).  Accordingly, the court finds that good cause and compelling circumstances exist to

justify remote testimony by these witnesses.  *See* Fed. R. Civ. P. 43(a) ("For good cause

in compelling circumstances and with appropriate safeguards, the court may permit

testimony in open court by contemporaneous transmission from a different location.");

Fed. R. Civ. P. 43 advisory committee's note to 1996 amendment (explaining

transmission typically "cannot be justified merely by showing that it is inconvenient for

1

the witness[es] to attend" trial but that "[g]ood cause and compelling circumstances may be established with relative ease if all parties agree that testimony should be presented by transmission").

Therefore, the court **GRANTS** Defendant's Motion to Permit Remote Testimony (Filing No. 122). Jacklyn Stelmaszczyk and Simone Cardosa may testify at the trial in this matter by videoconference.

  **IT IS SO ORDERED** this 4th day of September 2024.


RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Distributed Electronically to Registered Counsels of Record.