UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALEC ERNY, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) ) CASE NO. 1:22-cv-00524-RLY-MG |
| BOARD OF TRUSTEES OF INDIANA UNIVERSITY, | ) ) ) ) |
|     Defendant. | ) |

## MOTION TO QUASH SUBPOENA AND REQUEST FOR FEES

Comes now Madeline Moore ("Moore"), by her counsel, and pursuant to Federal Rule of Civil Procedure 45, moves the Court to quash Alec Erny's trial subpoena and to award her fees. In support, Moore contemporaneously files her Brief in Support of her Motion to Quash Subpoena and Request for Fees. The subpoena should be quashed because it seeks to compel her testimony outside the geographic limits of this Court's subpoena power. It should also be quashed as the Plaintiff failed to tender the requisite witness fee and mileage. Finally, because of the failure to meet the obligations imposed upon the subpoenaing party, Moore is entitled to an award of fees, in an amount to be determined, under Trial Rule 45.

Respectfully submitted,

*Joshua D. Hague*
Joshua D. Hague, Atty. No. 21217-53
Blake P. Holler, Atty. No. 30676-84
KRIEG DeVAULT LLP
12800 North Meridian Street, Suite 300
Carmel, Indiana 46032
(317) 566-1110; FAX: (317) 636-1507
jhague@kdlegal.com
bholler@kdlegal.com

*Attorneys for Madeline Moore*

KD_15534408_1.docx