## Table of Contents

**Person Summary** ...........................................................................................................................2
**At a Glance** ...................................................................................................................................2
**Name Variations, SSN Summary and DOBs**.................................................................................2
**Physical Description** ......................................................................................................................2
**Address Summary (1 current, 2 prior)** ..........................................................................................2
**Phone Summary (0 phones)** ..........................................................................................................3
**Licenses/Voter (2 licenses)** ............................................................................................................3
**Driver Licenses - 0 licenses**...........................................................................................................3
**Other Licenses - 2 licenses**............................................................................................................3
**Real Property (0 current, 0 prior)**..................................................................................................4
**Personal Property (0 current, 0 prior)** ..........................................................................................4
**Possible Education (0 records found)** ..........................................................................................4
**Possible Criminal/Arrest (0 filings)**................................................................................................4
**Bankruptcy (0 active, 0 closed)**.....................................................................................................4
**Judgment / Liens (0 active, 0 closed)**...........................................................................................4
**UCC Filings (0 debtor, 0 creditor)**.................................................................................................4
**Associates (21 records)** .................................................................................................................4
**Possible Relatives - 1st Degree: 11, 2nd Degree: 7, 3rd Degree: 0**...............................................4
**Person Associates - 0 records found**............................................................................................7
**Neighbors - 2 records found**..........................................................................................................7
**Business Connections - 1 records found** .....................................................................................8
**Possible Employers - 0 records found.** ........................................................................................8
**Business Associates - 0 records found.** .......................................................................................8
**Sources (6 sources)** ........................................................................................................................8



# 1 OF 1 RECORD(S)

# SmartLinx®Person Report

**Report Created:** 9-06-2024 9:10 PM EST | FOR INFORMATIONAL PURPOSES ONLY | Copyright © 2024 LexisNexis, All rights reserved.

**Report created for:** Saeed & Little, LLP

## Person Summary

| Name | Address | County | Phone |
|---|---|---|---|
| Moore, Madeline Brenda | 223 N Morton St<br>Bloomington, IN 47404-3965 | | |
| **LexID** | **SSN** | **DOB** | **Email** |
| 1952-2517-3193 | | ■/2000<br>(Age: 24)<br>(Female) | |

## At a Glance

| | | | |
|---|---|---|---|
| Real Property | 0 | Criminal/Arrest | 0 |
| Personal Property | 0 | Bankruptcy | 0 |
| Professional Licenses | 0 | Judgments/Liens | 0 |
| Business Connections | 1 | Foreclosure/Notice of Default | 0 |

## Name Variations, SSN Summary and DOBs

| Name Variations | SSN Summary | Reported DOBs |
|---|---|---|
| Moore, Madeline Brenda | | ■/2000 |

## Physical Description

## Address Summary (1 current, 2 prior)

| No. | Address | Status | To-From | Phone |
|---|---|---|---|---|
| 1. | 223 N Morton St<br>Bloomington, IN 47404-3965 | Current | 06/2023 - 07/2023<br>(Current Residence) | |
| **Neighborhood Profile**<br>Average Age: 22<br>Median Household Income: $17,237<br>Median Home Value: $0<br>Average Years of Education: 13 | | | | |
| 2. | 14259 Shoreline Dr<br>Granger, IN 46530-4851<br>St Joseph County<br>(Residential) | Prior | 04/2023 | |

| | | | | |
|---|---|---|---|---|
| **Possible Household Members**<br>Moore, Aden K<br>Moore, Kristine Kabelin<br>Moore, Matthew F<br>**Neighborhood Profile**<br>Average Age: 35<br>Median Household Income: $112,740<br>Median Home Value: $220,339<br>Average Years of Education: 15 | | | | |
| 3. | 1101 N Fee Ln Rm 168<br>Bloomington, IN 47406-7502<br>(College or university) | Prior | | |
| **Neighborhood Profile**<br>Average Age: 21<br>Median Household Income: $75,000<br>Median Home Value: $95,000<br>Average Years of Education: 13 | | | | |

**Phone Summary (0 phones)**

**Licenses/Voter (2 licenses)**
**Driver Licenses - 0 licenses**
**Other Licenses - 2 licenses**

| No. | Type | Status | Issued/Expired | Location |
|---|---|---|---|---|
| 1. | Voter | Active | Registration: 10/02/2018 | IN |

**Personal Information**

Name: Moore, Madeline Brenda
Address: 14259 Shoreline Dr
Granger, IN 46530-4851
SSN: ███████████
DOB: ██/2000
Age Range: 18-24
Gender: Male
Occupation: 3925582492

**Voter Information**

Registration Date: 10/02/2018
Last Vote Date: 11/08/2022
Active or Inactive: ACTIVE
Voter Status: ABSENTEE

| 2. | Voter | Inactive | Registration: 10/02/2018 | IN |

**Personal Information**

Name: Moore, Madeline Brenda
Address: 1101 N Fee Ln Rm 168
Bloomington, IN 47406-7502
SSN: ▉
DOB: ▉/2000
Age Range: 18-24
Gender: Unknown
Occupation: 022520006561

**Voter Information**

Registration Date: 10/02/2018
Party: NONE DECLARED
Active or Inactive: INACTIVE

**Real Property (0 current, 0 prior)**

**Personal Property (0 current, 0 prior)**

**Possible Education (0 records found)**

**Possible Criminal/Arrest (0 filings)**

**Bankruptcy (0 active, 0 closed)**

**Judgment / Liens (0 active, 0 closed)**

**UCC Filings (0 debtor, 0 creditor)**

**Associates (21 records)**
**Possible Relatives - 1st Degree: 11, 2nd Degree: 7, 3rd Degree: 0**

| No. | First Degree Relatives | Address | Phone |
|---|---|---|---|
| 1. | Moore, Kristine Kabelin (Possible Mother)<br>• AKA Kabelin, Kristine M<br>• AKA Moore, Kristine M<br>• AKA Moore, Kristin Kabelin<br>• AKA Kabelinmoore, Kristine M<br>• AKA Moore, Kristne<br>• AKA Moore, Christine Kablin<br>• AKA Moore, Krlstine<br>• AKA Moore, Knstine<br>• AKA Kabelin, Kris<br>SSN: ▉<br>LexID: 0012-9525-2256<br>DOB: ▉/1971 | 14259 Shoreline Dr<br>Granger, IN 46530-4851 | 219-362-2783 |
| | **Second Degree Relatives** | **Address** | **Phone** |

| | | | |
|---|---|---|---|
| 1. | Kabelin, Jerrald T<br>• AKA Kabelin, Jerry T<br>• AKA Jerrald, Kabelin<br>• AKA Kabelin, Jerrold T<br>• AKA Kabelin, J<br>• AKA Kabelin, Jerraid T<br>• AKA Kabelin, Jerrold<br>• AKA Kabelin, Gerrald<br>• AKA Kabelin, Jarrold T<br>• AKA Kabelin, Jerrold T<br>• AKA Kabeun, Jerry<br>SSN: ■■■<br>LexID: 0012-9572-1855<br>DOB: ■/1937 | 840 The Esplanade N Apt 401<br>Venice, FL 34285-1553 | 941-480-9321 |
| 2. | Kabelin, Kay N<br>• AKA Kabelin, Kay M<br>• AKA Kabelin, K<br>• AKA Kabeline, Kay M<br>• AKA Kabeline, Kay N<br>■■■<br>LexID: 0012-9572-5855<br>DOB: ■/1939 | 840 The Esplanade N Apt 401<br>Venice, FL 34285-1553 | 941-480-9321 |
| | **First Degree Relative** | | |
| 2. | Moore, Matthew F (Possible Father)<br>• AKA Moore, Matthew C<br>• AKA Moore, Matthew F<br>• AKA Moore, Mathew F<br>SSN: ■■■<br>LexID: 0017-6603-4177<br>DOB: ■/1972 | 14259 Shoreline Dr<br>Granger, IN 46530-4851 | 219-362-2783 |
| | **First Degree Relative** | | |
| 3. | Moore, Aden K (Possible Husband)<br>LexID: 2370-5775-1445<br>DOB: ■/2001 | 14259 Shoreline Dr<br>Granger, IN 46530-4851 | |
| | **First Degree Relative** | | |
| 4. | Moore, Michael Q<br>• AKA Moore, Michael O<br>• AKA Moore, Michael Q<br>• AKA Moore, Michael A<br>SSN: ■■■<br>LexID: 0017-6732-3094<br>DOB: ■/1967 | 24 E 71st St<br>Indianapolis, IN 46220-1010 | 317-253-0333 |
| | **First Degree Relative** | | |
| 5. | Moore, George G (Possible Grandfather)<br>• AKA Moore, George A<br>SSN: ■■■<br>LexID: 0017-6162-2680<br>DOB: ■/1949 | 6161 Crows Nest Dr Apt B4<br>Indianapolis, IN 46228-1401 | 402-571-6757 |
| | **Second Degree Relatives** | **Address** | **Phone** |
| 1. | Moore, Pamela Trask<br>• AKA Moore, Pamela At<br>• AKA Trask, Pamela A<br>• AKA Moore, Pam T | 27 W Boulder St<br>Colorado Springs, CO 80903-3370 | 402-571-6757 |

| | | | |
|---|---|---|---|
| | • AKA At, Pamela<br>SSN: ■■■<br>LexID: 0017-6772-7845<br>DOB: ■ 1956 | | |
| 2. | Jimenez, Denise Alexander<br>• AKA Auciello, Denise A<br>• AKA Avciello, Denise A<br>• AKA Jimenez, Denise Alexandra<br>• AKA Moore, Denise Jimenez<br>• AKA Jimenez Moore, Denise Alexandra<br>• AKA Arrieta, Denise A<br>• AKA Beltran, Denise<br>• AKA Moore, Denise Alexandra<br>• AKA Denise, Alexandra<br>• AKA Alexandra, Denise<br>• AKA Jemenez, Denise A<br>LexID: 0000-9377-2393<br>DOB: ■/1978 | 2950 Cleveland Clinic Blvd<br>Weston, FL 33331-3609 | |
| 3. | Burch, Colleen Renee<br>• AKA Vurch, Colleen R<br>• AKA Moore, Colleen Burch<br>SSN: ■■■<br>LexID: 0003-2236-2138<br>DOB: ■ 1969 | 9771 Roxbury Dr<br>Fishers, IN 46038-2138 | |
| 4. | Moore, Joshua Michener<br>• AKA Moore, Joshua E<br>• AKA Moore, Josh M<br>• AKA Moore, Joshua M<br>SSN: ■■■<br>LexID: 0017-6570-1816<br>DOB: ■/1978 - 06/29/2024 (DOD)<br>(Age at Death: 46)<br>⚠ Deceased | 115 Featherstone Pl<br>Frederick, MD 21702-6224 | |
| 5. | Moore, Emily Elise<br>• AKA Alman, Emily Alman<br>• AKA Alman, Emily Elise<br>• AKA Alman, Emily E<br>• AKA Alman, Emily E<br>LexID: 0754-7544-8890<br>DOB: ■/1990 | 127 Natalie Jane Dr<br>Hazel Green, AL 35750-6300 | |
| | **First Degree Relative** | | |
| 6. | Moore, Mark Brian<br>• AKA Moore, Martin J<br>• AKA Moore, Ste Mark<br>SSN: ■■■<br>LexID: 0017-6600-5828<br>DOB: ■/1966 | 9771 Roxbury Dr<br>Fishers, IN 46038-2138 | 317-465-9485 |
| | **First Degree Relative** | | |
| 7. | Moore, Martin Joel (Possible Grandfather)<br>• AKA Moore, Marty<br>SSN: ■■■<br>LexID: 0017-6690-2272<br>DOB: ■/1935 - 05/22/2016 (DOD)<br>(Age at Death: 81) | 8469 Bay Point Dr<br>Indianapolis, IN 46240-4313 | |

| | | | |
|---|---|---|---|
| | ⚠ Deceased | | |
| | **First Degree Relative** | | |
| 8. | Moore, Susan J J (Possible Grandmother)<br>• AKA Moore, Sue J<br>• AKA Moore, Susan Joan<br>SSN: ▆<br>LexID: 0017-6843-8337<br>DOB: ▆1951 | 8959 Crook Dr<br>Indianapolis, IN 46256-4360 | 317-596-8843 |
| | **First Degree Relative** | | |
| 9. | Moore, Zachary Graham<br>• AKA Moore, Zach G<br>• AKA Graham, Zachary<br>SSN: ▆<br>LexID: 0017-6969-1097<br>DOB: ▆/1980 | 6306 NW 74th Ter<br>Parkland, FL 33067-1233 | |
| | **First Degree Relative** | | |
| 10. | Tower, Deanna Lynn<br>• AKA Moore, Deanna Tower<br>• AKA Tower, D L<br>• AKA Moore, Deanna L<br>SSN: ▆<br>LexID: 0017-6406-8999<br>DOB: ▆/1968 | 24 E 71st St<br>Indianapolis, IN 46220-1010 | |
| | **First Degree Relative** | | |
| 11. | Moore, Quinn Tower (Possible Brother)<br>LexID: 2365-4133-1625<br>DOB: ▆/2001 | 24 E 71st St<br>Indianapolis, IN 46220-1010 | |

**Person Associates - 0 records found**

**Neighbors - 2 records found**
Found Near: 223 N Morton St
Bloomington, IN 47404-3965 - 2 records found

| No. | Full Name | Address | Phone |
|---|---|---|---|
| 1. | **Kemppainen, Kimberly C**<br><br>SSN: ▆<br>LexID: 1414-4172-4590<br><br>**Rector, Madison Nicole**<br><br>LexID: 2377-0580-4530<br>DOB: ▆/2000<br>(Age: 24) | 219 N Morton St Apt 202<br>Bloomington, IN 47404-3965 | |
| 2. | **Dyar, Stephen R**<br><br>LexID: 1474-1401-9071 | 223 N Morton St Unit 102<br>Bloomington, IN 47404-3965 | |

**Business Connections - 1 records found**

| No. | Name | Address | Title |
|---|---|---|---|
| 1. | SEVEN COUSINS, LLC | 1020 Lincolnway<br>La Porte, IN 46350-3205 | Member |

**Possible Employers - 0 records found.**

**Business Associates - 0 records found.**

**Sources (6 sources)**

| All Sources | 6 Source Documents |
|---|---|
| Corporate Affiliations | 1 Source Documents |
| Historical Person Locator | 2 Source Documents |
| Voter Registrations | 3 Source Documents |

Key

High Risk Indicator. These symbols may prompt you to investigate further.

Moderate Risk Indicator. These symbols may prompt you to investigate further.

General Information Indicator. These symbols inform you that additional information is provided.

The most recent telephone listing as reported by Electronic Directory Assistance.

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: I have no permissible use
Your Secondary DPPA Permissible Use: None
Your GLBA Permissible Use: I have no permissible use

Copyright © 2024 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**End of Document**