✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

ALEC ERNY

V.

BD OF TRUSTEES - IU

## EXHIBIT AND WITNESS LIST

Case Number: 1:22-cv-00524-RLY-MG

| PRESIDING JUDGE<br>RICHARD L. YOUNG | | | PLAINTIFF'S ATTORNEY<br>Alonso/Little | | DEFENDANT'S ATTORNEY<br>Tucker/Mills |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>Sept 10-Sept 11, 2024 | | | COURT REPORTER<br>BETH CULIVER | | COURTROOM DEPUTY<br>TINA DOYLE |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| W | | 9/10/2024 | | | ALEC ERNY |
| 1 | | | X | X | IU account statments |
| 2 | | | X | X | BOL wage stats - admitted over objection |
| W | | | | | MADELINE BRENDA MOORE (via ZOOM) |
| 3 | | | X | X | 6/24/2020 Emails between Struble and Jane Roe |
| 4 | | | X | X | 8/26/2020 Emails between Struble and Jane Roe |
| W | | | | | LIBBY SPOTTS |
| 5 | | | X | X | 11/23/2020 Email from Laura Mals to Libby Spotts |
| | A | | X | X | Policy UA-03 |
| W | | | | | SIMONE CARDOSA (via ZOOM) |
| W | | | | | SALLY RONALD |
| 6 | | | X | X | Interrogs w/Chart as Exhibit A |
| 7 | | | X | X | Interrogs |
| 8 | | | X | X | Chat log between Sally Ronald and Laura Mals |
| 9 | | | X | X | 2/18/2020 Letter to IU (from U.S. DOE) - letter from Audit |
| W | | | | | LAURA MALS |
| 10 | | | X | X | 8/18/2020 Chats between Taylor Struble and Laura Mals |
| 11 | | | X | X | 8/21/2020 Chats between Taylor Struble and Laura Mals |
| 12 | | | X | X | 5/14/2021 Chats between Taylor Struble and Laura Mals |
| | | | | | End of day 1 |
| W | | 9/11/2024 | | | TAYLOR STRUBLE |
| W | | | | | MICHAEL COURTNEY |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| ALEC ERNY | | vs. | | BD OF TRUSTEES - IU | | CASE NO. 1:22-cv-00524-RLY-MG |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 9/11/2024 | | | |
| W | | | | | JACKIE STELMASZCZYK - (via ZOOM) |
| 13 | | | X | X | Tweets |
| | | | | | Plaintiff rests |
| | W | | | | LIBBY SPOTTS |
| | B | | X | X | Procedure flow chart |
| | | | | | Defendant rests - no rebuttal |

Page __2__ of __2__ Pages