UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ALEC ERNY, )
)
      Plaintiff, )
)
v. ) CASE NO: 1:22-cv-524-RLY-MG
)
BOARD OF TRUSTEES OF )
INDIANA UNIVERSITY, )
)
      Defendant. )

**VERDICT**

We the jury find as follows:

1. We find in favor of the Plaintiff Alec Erny and award damages in the amount of: Economic Damages $ _136,782.60_.

          OR

2. We find in favor of Defendant Board of Trustees of Indiana University.


_____
Foreperson

Date: _9/11/24_