UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ALEC ERNY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-00524-RLY-MG |
| | ) | |
| BOARD OF TRUSTEES OF INDIANA UNIVERSITY, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

**JUDGMENT IN A CIVIL ACTION**

Prior to trial, the court granted summary judgment for Defendant Board of Trustees of Indiana University with respect to Plaintiff Alec Erny's Fourteenth Amendment due process claim. Accordingly, the court enters judgment in favor of Defendant and against Plaintiff on Count II of Plaintiff's Renewed Amended Complaint for violations of the Fourteenth Amendment.

This action was tried by a jury with Judge Richard L. Young presiding, and the jury rendered a verdict for Plaintiff on his Title IX claim on September 11, 2024. Consistent with the jury's verdict, the court enters judgment in favor of Plaintiff and against Defendant on Count I of Plaintiff's Renewed Amended Complaint for violations of Title IX. Plaintiff shall recover from Defendant $136,782.60.

     No claims remain in the case.

**IT IS SO ORDERED** this 13th day of September 2024.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsels of Record.