UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ALEC ERNY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-00524-RLY-MG |
| | ) | |
| BOARD OF TRUSTEES OF INDIANA | ) | |
| UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING DEFENDANT'S REQUEST TO SUBMIT ADVERSARIAL SUBMISSION

Defendant, the Trustees of Indiana University, requests the opportunity to submit an adversarial submission in response to Plaintiff Alec Erny's Motion for Attorneys' Fees and Costs pursuant to Federal Rule of Civil Procedure 54(d)(2)(C).  Rule 54(d)(2)(C) provides that "the court must, on a party's request, give an opportunity for adversary submissions on" a motion for attorney fees.  Accordingly, the court **GRANTS** Defendant's request (Filing No. 138).  Defendant shall have until **October 11, 2024,** to file its submission in response to Plaintiff's motion.

**IT IS SO ORDERED** this 7th day of October 2024.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1