UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ALEC ERNY,                                    )
                                              )
              Plaintiff,                      )
                                              )
       v.                                     )        No. 1:22-cv-00524-RLY-MG
                                              )
BOARD OF TRUSTEES OF INDIANA                  )
UNIVERSITY,                                   )
                                              )
              Defendant.                      )
                                              )

**ORDER GRANTING PLAINTIFF'S MOTION FOR PRE- AND POST-JUDGMENT INTEREST**

Having reviewed Plaintiff's motion and noting no objection from Defendant, the court **GRANTS** Plaintiff's Motion for Pre- and Post-Judgment Interest (Filing No. 142). Accordingly, Plaintiff is awarded prejudgment interest, from December 2, 2020, through September 11, 2024, at a rate of 6.19%, compounded monthly. Plaintiff is also awarded post-judgment interest, from September 12, 2024, on the full amount awarded, including prejudgment interest and attorney fees awarded pursuant to 42 U.S.C. § 1988. The court will amend the final judgment to reflect the award of pre- and post-judgment interest.

**IT IS SO ORDERED** this 2nd day of April 2025.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1