UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALEC ERNY, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) No. 1:22-cv-00524-RLY-MG |
| BOARD OF TRUSTEES OF INDIANA UNIVERSITY, | ) ) ) ) |
|     Defendant. | ) ) ) |

**AMENDED JUDGMENT**

Prior to trial, the court granted summary judgment for Defendant Board of Trustees of Indiana University with respect to Plaintiff Alec Erny's Fourteenth Amendment due process claim. Accordingly, the court enters judgment in favor of Defendant and against Plaintiff on Count II of Plaintiff's Renewed Amended Complaint for violations of the Fourteenth Amendment.

This action was tried by a jury with Judge Richard L. Young presiding, and the jury rendered a verdict for Plaintiff on his Title IX claim on September 11, 2024. Consistent with the jury's verdict, the court enters judgment in favor of Plaintiff and against Defendant on Count I of Plaintiff's Renewed Amended Complaint for violations of Title IX. No claims remain in the case.

Plaintiff shall recover from Defendant $136,782.60. Plaintiff is also awarded prejudgment interest, from December 2, 2020, through September 11, 2024, at a rate of 6.19%, compounded monthly. Plaintiff is awarded post-judgment interest, from

September 12, 2024, on the full amount awarded, including prejudgment interest and attorney fees awarded pursuant to 42 U.S.C. § 1988.

**IT IS SO ORDERED** this 2nd day of April 2025.

                                                          RICHARD L. YOUNG, JUDGE
                                                          United States District Court
Kristine L. Seufert, Clerk                     Southern District of Indiana

BY: _____
       Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsels of Record.